IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cr 84

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARIO CLOTINHO GOMES. ) | |
| _____ ) | |

Before the Court is the Motion for Wirt of Execution [# 72]. The Motion, however, did not outline if the Government has complied with North Carolina law and its notice provisions. *See* N.C. GEN. STAT. §§ 1C-1601(9), 1C-1603(a)(4). If the Government does not wish to comply, the Court requests that the Government outline what authority the Court would have to issue an execution without the Government complying with the notice requirement. *See also* N.C. GEN. STAT. § 1C-1601(e)(1).

Accordingly, the Court **DENIES** the Motion [# 72] without prejudice. The Court **DIRECTS** that when the Government refiles is must include a brief addressing the issues raised in this Order.

Signed: August 20, 2018

Dennis L. Howell
United States Magistrate Judge