FILED
ASHEVILLE, N.C.

SEP 11 2018

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. DNCW1:11CR84-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| MARIO CLOTINHO GOMES. ) | |

## CONSENT ORDER REGARDING WRIT OF EXECUTION

The parties, the United States of America, hereinafter referred to as "United States" or "government," and Mario Clotinho Gomes, hereinafter referred to as "Defendant," agree and stipulate to the following terms:

1. Defendant is Mario Clotinho Gomes, Social Security Number XXX-XX-4486, whose last known address is: 1843 Adagio Drive, Alpharetta, Georgia 30009.

2. An amended criminal judgment was entered in this matter on June 7, 2014, (Doc No. 65) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant. Defendant was ordered to pay a criminal assessment of $300.00 and restitution in the amount of $878,000.00. The balance on the account as of August 16, 2018 is $496,214.29.

3. The parties have agreed and do stipulate that the government is entitled to execute on and take possession of all funds from the Old Edwards Hospitality Group 401K plan account.

4. All payments will be remitted to the United States Clerk of Court for the Western District of North Carolina at 401 West Trade Street, Charlotte, North Carolina 28202.

AGREED AND STIPULATED TO:

_____   Date: 9/6/18
TIFFANY MALLORY MOORE
Assistant United States Attorney


_____   Date: 8/27/18
MARIO COUTINHO GOMES
Defendant

**SO ORDERED.**

This The 11Th day of September, 2018

Signed:

*Dennis Howell*
Dennis Howell
United States Magistrate Judge